# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JIM WINTERROWD | § | |
| | § | Civil Action No. 4:17-CV-110 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, JANET SMITH | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 27, 2017, the report of the Magistrate Judge (Dkt. #16) was entered containing proposed findings of fact and recommendations that Plaintiff Jim Winterrowd's Motion to Remand (Dkt. #10) and Plaintiff's Unopposed Motion to Delay Consideration of and Suspend Plaintiff's Time to Respond to Defendant's Motions to Dismiss and for More Definite Statement (Dkt. #11) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Jim Winterrowd's Motion to Remand (Dkt. #10) and Unopposed Motion to Delay Consideration of and Suspend Plaintiff's Time to Respond to Defendant's Motions to Dismiss and for More Definite Statement (Dkt. #11) are **GRANTED**, and Plaintiff's case is hereby **REMANDED** to the 431st Judicial District Court, Denton County, Texas, for further proceedings.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 13th day of April, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE